# United States Court of Appeals
## For the First Circuit

No. 24-1269

NATHAN REARDON,

Plaintiff - Appellant,

v.

LOWE'S HOME CENTERS, LLC,

Defendant - Appellee.

Before

Barron, Chief Judge,
Gelpí and Aframe, Circuit Judges.

**JUDGMENT**

Entered: January 22, 2025

    Pro se plaintiff-appellant Nathan Reardon appeals from the district court's dismissal without prejudice of his complaint as a sanction for failing to comply with discovery propounded by defendant and for failing to comply with the court's order of September 7, 2023. We have carefully reviewed the district court record and the parties' appellate submissions. We conclude that the district court did not abuse its discretion or otherwise err when dismissing plaintiff's case without prejudice. See Vallejo v. Santini-Padilla, 607 F.3d 1, 7 (1st Cir 2010). The judgment is affirmed. See 1st Cir. L. R. 27.0(c).

                              By the Court:

                              Anastasia Dubrovsky, Clerk

cc:
Nathan Reardon
Brian A. Suslak