# United States Court of Appeals
## For the First Circuit

No. 24-1269

NATHAN REARDON,

Plaintiff - Appellant,

v.

LOWE'S HOME CENTERS, LLC,

Defendant - Appellee.

**MANDATE**

Entered: February 13, 2025

    In accordance with the judgment of January 22, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

    By the Court:

    Anastasia Dubrovsky, Clerk

cc:
Nathan Reardon
Brian A. Suslak